**Order entered March 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00287-CV

## IN RE STEPHEN STANLEY, Relator

**Original Proceeding from the City of Garland**
**Dallas County, Texas**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    CORY L. CARLYLE
       JUSTICE